AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

EASTERN DISTRICT OF MISSOURI

United States of America
v.

Justin Sherrard

*Defendant(s)*

Case No. 4:22 MJ 5039 NAB

*Signed and submitted to the Court for filing by reliable electronic means*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of March 1, 2022 in the county of St. Louis County in the Eastern District of Missouri, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21:841(a)(1), 846 | Attempt to possess with the intent to distribute controlled substances, and took a substantial step in furtherance thereof |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

Chandler Gouger

*Complainant's signature*

Chandler Gouger, Special Agent DEA

*Printed name and title*

Sworn to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41

Date: 03/02/2022

Nannette A. Baker

*Judge's signature*

City and state: St. Louis, Missouri

Honorable Nannette A. Baker, U.S. Magistrate Judge

*Printed name and title*