FILED

MAR 16 2022

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRCT COURT
EASTERN DISTRCT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUSTIN SHERRARD,<br><br>Defendant. | ) | No. **4:22-cr-00155-RLW-JMB** |

**INDICTMENT**

**COUNT I**

The Grand Jury charges that:

On or about March 1, 2022, in St. Louis County, Missouri, within the Eastern District of Missouri, the defendant,

**JUSTIN SHERRARD,**

did knowingly and intentionally attempt to possess with the intent to distribute five hundred (500) grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and committed a substantial step in furtherance thereof, in violation of Title 21, United States Code, Sections 846 and 841(a)(1) and punishable upon conviction under title 21, United States Code, Section 841(b)(1)(A)(viii).

**FORFEITURE ALLEGATION**

The Grand Jury further finds by probable cause that:

1. Pursuant to Title 21, United States Code, Sections 853, upon conviction of an offense in violation of Title 21, United States Code, Section 841 (a)(l), as set forth in Count I, the

Defendant shall forfeit to the United States of America any property constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

2. Subject to forfeiture is a sum of money equal to the total value of any property, real or personal, constituting or derived from any proceeds traceable to Defendant's offenses.

3. If any of the property, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty, the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL.

______________________________
FOREPERSON

SAYLER A. FLEMING
United States Attorney

______________________________
NATHAN L. CHAPMAN, #60978MO
Assistant United States Attorney