UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:22-CR-00155-RLW |
| | ) | |
| JUSTIN SHERRARD, | ) | |
| | ) | |
| Defendant. | ) | |

**UNITED STATES OF AMERICA'S PROPOSED EXHIBIT LIST**

Comes now the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Nathan L. Chapman, Assistant United States Attorneys for said District, and presents the United States' Proposed Exhibit List in the above-captioned cause. The United States may present the following exhibits, but reserves the right to present additional exhibits not listed below.

| **No.** | **Description** |
|---|---|
| 1 | CV of Task Force Officer Gary Sodoma |
| 2 | Photograph – Front of package with label |
| 3 | Photograph – Package open showing secondary package |
| 4 | Photograph – Second package open showing ammunition can wrapped in black tape |
| 5 | Photograph – Ammunition can wrapped in black tape |
| 6 | Photograph – Ammunition can unwrapped |
| 7 | Photograph – White trash bag containing methamphetamine |
| 8 | Photograph – White trash bag containing methamphetamine on digital scale |

| | |
|---|---|
| 9 | Photograph – White trash bag containing methamphetamine (close-up) |
| 10 | Photograph – Methamphetamine close-up (alternate view) |
| 11 | Drug Evidence: Evidence box containing Item 001-01 - Methamphetamine seized March 1, 2022 |
| 11A | Drug Evidence: Clear plastic bag containing Item 001-01 – Methamphetamine |
| 12 | St. Louis County Police Department Laboratory report re: 4.458.1 grams of methamphetamine seized March 1, 2022 |
| 12A | Stipulation re: St. Louis County Police Department Laboratory report re: 4.458.1 grams of methamphetamine seized March 1, 2022 |
| 13 | DVD: Video of aerial surveillance of controlled delivery on March 1, 2022 |
| 14 | Photograph – Discarded package on the street |
| 15 | Photograph – Discarded package (close-up) |
| 16 | Photograph – Insurance card from Defendant's vehicle |
| 17 | Google map – Hyatt Regency hotel |
| 18 | Google map – 4th street from Hyatt Regency to crash location |
| 19 | Google map – Crash location |
| 20 | Drug Evidence: Envelope containing Item 036-01 – white powder containing fentanyl, Item 036-02 – numerous capsules containing fentanyl, and Item 036-02-01 – One pink/purple capsule containing white powder seized August 27, 2021 |
| 20A | Drug Evidence: Item 036-01 – white powder containing fentanyl |
| 20B | Drug Evidence: Item 036-02 – numerous capsules containing fentanyl |
| 20C | Drug Evidence: Item 036-02-01 – One pink/purple capsule containing white powder |
| 21 | St. Louis Metropolitan Police Department Laboratory report re: DEA Ex. 126 – 584.5 capsules weighing 49.82 grams, one capsule tested containing 0.04 grams of fentanyl, and DEA Ex. 127 – one plastic bag containing 3.18 grams of fentanyl seized August 27, 2021 |
| 21A | Stipulation re: St. Louis Metropolitan Police Department Laboratory report re: DEA Ex. 126 – 584.5 capsules weighing 49.82 grams, one capsule tested containing 0.04 grams of fentanyl, and DEA Ex. 127 – one plastic bag containing 3.18 grams of fentanyl seized August 27, 2021 |
| 22 | CV of Eric Lanham |

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

______________________________
NATHAN L. CHAPMAN, #60978MO
Assistant United States Attorney
111 S. 10th Street, 20th Floor
St. Louis, MO 63102

**CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2022, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon counsel of record. Additionally, a hard copy will be provided in court.

______________________________
NATHAN L. CHAPMAN, #60978MO
Assistant United States Attorney